1  René P. Voss (CA Bar No. 255758)
   15 Alderney Road
2  San Anselmo, CA  94960
   Phone:  (415) 446-9027
3  Email:  renepvoss@gmail.com
   LEAD COUNSEL
4
5  Matt Kenna (CO Bar No. 22159)
   Public Interest Environmental Law
6  679 E. 2nd Ave., Suite 11B
   Durango, CO  81301
7  Phone:  (970) 385-6941
   Email:  matt@kenna.net
8  Applicant *Pro Hac Vice*

   *Attorneys for Plaintiff*
9
   ROBERT G. DREHER
10 Acting Assistant Attorney General
   JULIA S. THROWER, Trial Attorney
11 U.S. Department of Justice
   Environment & Natural Resources Division
12 Natural Resources Section 301 Howard Street, Ste. 1050
   San Francisco, CA 94105
13 Phone: (415) 744-6566
   Fax: (415) 744-6476
14 Email: julie.thrower@usdoj.gov

15 *Attorneys for Defendants*

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19                           FRESNO DIVISION

20

21 | SEQUOIA FORESTKEEPER, | No.: 1:14−CV−00341−LJO−SKO |
|---|---|
22 | | |
23 | Plaintiff, v. | **STIPULATION AND ORDER REGARDING PRELIMINARY INJUNCTION BRIEFING AND PROJECT IMPLEMENTATION** |
24 | TERESA BENSON, *et al.*, | |
25 | Defendants. | |

26

27

28

Counsels for the Plaintiff and Federal Defendants, after conferring with the Court's staff on March 11, 2014, have further conferred, and the parties now stipulate to the following actions and schedule in response to Plaintiff's planned motion for preliminary injunction in this case.

Whereas Plaintiff seeks an order from the Court to preliminarily enjoin the sale and removal of hazard trees from the Giant Sequoia National Monument upon implementation of the Hume Roadside and Recreation Site Hazard Tree Project (Hume Hazard Project) until the final resolution of this case, to maintain the status quo; and

Whereas Federal Defendants plan to open bids from prospective timber sale contractors on March 17, 2014, and wish to award a contract shortly thereafter, to begin implementation of Hume Hazard Project so it can complete the campground and recreation site portions of the project before May 23, 2014, the planned public opening date for campgrounds in the Sequoia National Forest;

The parties stipulate and agree to the following actions and proposed briefing schedule:

1. Federal Defendants shall, in writing, inform prospective bidders on the Hume Hazard Timber Sale prior to accepting their bid, that the Hume Hazard Project is under litigation, and that Plaintiff is seeking a preliminary injunction against the project;

2. If Federal Defendants award a contract to implement the Hume Hazard Project, the Forest Service shall inform the contractor that no operations may commence before April 1, 2014 to give the Court time to decide Plaintiff's motion;

3. The parties agree to waive a hearing request, unless the Court requests one; and

4. The parties agree to file their briefs according to the following schedule:

| Proposed Briefing Schedule | Due before |
| --- | --- |
| Plaintiff's Motion for Preliminary Injunction and Opening Brief | March 17, 2014, 10:00am |
| Defendant's Opposition Brief | March 24, 2014 |
| Plaintiff's Optional Reply Brief | March 26, 2014 |

Case No.: 1:14−cv−00341−LJO−SKO – STIPULATION AND ORDER          1

1    Federal Defendants further agree not to challenge Plaintiff's standing in the opposition
2 brief to this motion, but reserve the right to do so in later briefing.
3    For the purposes of Plaintiff's motion for preliminary injunction, Plaintiff agrees not to
4 include arguments in its brief regarding the third claim in its Complaint, that the Giant Sequoia
5 National Monument Management Plan violates the requirements of the Giant Sequoia National
6 Monument Proclamation.  Plaintiff reserves the right to argue this claim in future briefing in this
7 case.
8    Finally, the parties respectfully request an order from the Court in response to Plaintiff's
9 motion before project implementation can begin.

Respectfully submitted this 12th day of March, 2014.

/s/ René Voss
RENÉ P. VOSS

/s/ Matt Kenna
MATT KENNA
Applicant *Pro Hac Vice*

*Attorneys for Plaintiff*

/s/ Julia Thrower
JULIA S. THROWER

*Attorney for Defendants*

**IT IS SO ORDERED.**

**Dated: March 13, 2014**            **/s/ Lawrence J. O'Neill**
                                      **United States District Judge**