**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| SEQUOIA FORESTKEEPER, | ) |
| | ) Case No. 1:14-cv-00341-LJO-SKO |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER STAYING BRIEFING ON** |
| | ) **PLAINTIFF'S MOTION FOR** |
| TERESA BENSON, in her official capacity as | ) **PRELIMINARY INJUNCTION** |
| District Ranger for the Hume Lake Ranger | ) |
| District of the Sequoia National Forest; KEVIN | ) |
| ELLIOTT, in his official capacity as Forest | ) |
| Supervisor of the Sequoia National Forest; | ) |
| RANDY MOORE, in his official capacity as the | ) |
| Regional Forest of the Pacific Southwest Region | ) |
| of the U.S. Forest Service, and the UNITED | ) |
| STATES FOREST SERVICE, | ) |
| | ) |
| Defendants. | ) |

    Having reviewed the parties Joint Motion to Stay Briefing on Plaintiff's Motion for Preliminary Injunction, and for good cause shown, the motion is hereby GRANTED.  Briefing on Plaintiff's motion is stayed until April 1, 2014, to allow the parties to finalize the stipulation.

IT IS SO ORDERED.

    Dated:  **March 24, 2014**     /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE