# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEQUOIA FORESTKEEPER,** | No.: 1:14−CV−00341−LJO−SKO |
| **Plaintiff,** | **ORDER EXTENDING STAY OF BRIEFING ON PRELIMINARY INJUNTION MOTION** |
| v. | |
| **TERESA BENSON,** *et al.*, | |
| **Defendants** | |

Having reviewed the parties Joint Motion to Extend the Stay of Briefing on Plaintiff's Motion for Preliminary Injunction, and for good cause shown, the motion is hereby GRANTED. Briefing on Plaintiff's motion is stayed until April 7, 2014, to allow the parties to finalize the stipulation.

**SO ORDERED**
**Dated: April 2, 2014**

　　　　　　　　　　　　　　　　　　　　　　　　　 **/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　 **United States District Judge**

1