1   René P. Voss (CA Bar No. 255758)

2   15 Alderney Road
San Anselmo, CA  94960

3   Phone:  (415) 446-9027
Email:  renepvoss@gmail.com

4   LEAD COUNSEL

5   Matt Kenna (CO Bar No. 22159)

6   Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B

7   Durango, CO  81301
Phone:  (970) 385-6941

8   Email:  matt@kenna.net

9   *Pro Hac Vice*

10  *Attorneys for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

SAM HIRSCH
Acting Assistant Attorney General
JULIA S. THROWER (CA Bar No. 253472)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Ste. 1050
San Francisco, CA 94105
(415) 744-6566 (tel) / (415) 744-6476 (fax)
Email: julie.thrower@usdoj.gov
TYLER BURGESS
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC  20044-7611
(202) 606-4119 (tel) / (202) 305-0506 (fax)
tyler.burgess@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL
(CA Bar No. 66194)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2760 (tel) / (916) 554-2900 (fax)
yoshinori.himel@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

22  SEQUOIA FORESTKEEPER,

23              Plaintiff,

24       v.

25  TERESA BENSON, *et al.*,

26              Defendants.

27

28

No.:  1:14−CV−00341−LJO−SKO

**STIPULATION FOR CONTINUANCE OF JULY 15, 2014 HEARING ON DEFENDANT'S MOTION TO DISMISS**

1

2       Pursuant to Local Rule 230(f), Plaintiff SEQUOIA FORESTKEEPER and Defendants

3   TERESA BENSON, *et al.* by and through their undersigned counsel stipulate and agree that the

4   hearing on Defendants' Motion to Dismiss (ECF No. 23) shall be continued from July 15, 2014, to

5   July 29, 2014, at 8:30 a.m.

6       Respectfully submitted this 25th day of June 2014.

7

8   **ON BEHALF OF PLAINTIFF:**          **ON BEHALF OF DEFENDANTS:**

9    /s/ *René Voss*                  SAM HIRSCH
10  RENE P. VOSS                Acting Assistant Attorney General
                                        Environment & Natural Resources Div.

11  MATT KENNA                   /s/ Julia Thrower
12  *Pro Hac Vice*                   JULIA S. THROWER

13  Attorneys for Plaintiff           Attorney for Defendants

14

15  **SO ORDERED**
16  **Dated:  June 25, 2014**

17                     **/s/ Lawrence J. O'Neill**
                       **United States District Judge**

18

19

20

21

22

23

24

25

26

27

28