# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| SEQUOIA FORESTKEEPER., | Case No. 1:14-CV-00341-LJO-SKO |
|---|---|
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |
| v. | |
| TERESA BENSON, *et al*., | |
| Defendants. | |

On September 2, 2014, Defendants filed an unopposed Motion for Extension of Time to File Answer to Plaintiff's Complaint. (Doc. 38.) For good cause shown, Defendants' motion is **GRANTED** and **IT IS HEREBY ORDERED** that Defendants shall file an Answer to Plaintiff Sequoia Forestkeeper's complaint by no later than October 6, 2014.

IT IS SO ORDERED.

Dated:   **September 3, 2014**                   **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE