# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEQUOIA FORESTKEEPER** | 1:14-cv-00341 LJO SKO |
| **Plaintiff,** | **JUDGMENT** |
| v. | |
| **TERESA BENSON, et al.,** | |
| **Defendants.** | |

Judgment is hereby entered in the above-captioned case in accordance with the rulings set forth in the Memorandum Decision and Order Re: Cross-Motions for Summary Judgment issued June 5, 2015, Doc. 61.

IT IS SO ORDERED.

Dated: **June 8, 2015**       /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE