UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

|  |  |
|---|---|
| SEQUOIA FORESTKEEPER,<br><br>             Plaintiff,<br><br>       v.<br><br>TERESA BENSON, in her official capacity as District Ranger for the Hume Lake Ranger District of the Sequoia National Forest, KEVIN ELLIOTT, in his official capacity as Forest Supervisor of the Sequoia National Forest, RANDY MOORE, in his official capacity as the Regional Forest of the Pacific Southwest Region of the U.S. Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>             Defendants. | No.: 1:14−CV−00341−LJO−SKO<br><br>**ORDER STAYING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (DOC. 68)** |

Based on the joint motion of the parties to stay resolution of Plaintiff's motion for expenses of litigation, including attorney fees, and good cause shown, the parties' motion is GRANTED. The parties shall either file a settlement agreement settling Plaintiff's claim for costs and fees, or a status report suggesting how to resolve it, by April 1, 2016.

IT IS SO ORDERED.

      Dated:   **December 15, 2015**                    **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE