UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SEQUOIA FORESTKEEPER,<br><br>           Plaintiff,<br>      v.<br><br>TERESA BENSON, *et al.*,<br><br>           Defendants. | No.:  1:14−CV−00341−LJO−SKO<br><br>**ORDER**<br><br>Hon. Lawrence J. O'Neill |

Based on the joint status report of the parties and their request to continue the stay to resolve Plaintiff's motion for expenses of litigation, including attorney fees, and good cause shown, the parties' request is GRANTED. The parties shall either file a settlement agreement settling Plaintiff's claim for costs and fees, or a status report suggesting how to resolve it, by May 13, 2016.

IT IS SO ORDERED.

    Dated:  **May 2, 2016**                     /s/ Lawrence J. O'Neill
                                                                  UNITED STATES CHIEF DISTRICT JUDGE