UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

SEQUOIA FORESTKEEPER,

    Plaintiff,

v.

TERESA BENSON, *et al.*,

    Defendants.

No. 1:14-CV-00341-LJO-SKO

ORDER EXTENDING STAY TO JUNE 27, 2016

    Based on the joint status report and joint motion of the parties, and good cause shown, the parties' request for an additional stay until June 27, 2016, is GRANTED.

    Pursuant to the Stipulated Settlement Agreement filed with the Court on May 13, 2016, within ten days of receipt of Plaintiff's funds, Plaintiff's counsel shall dismiss with prejudice Plaintiff's Motion for Expenses of Litigation, Including Attorneys' Fees.

IT IS SO ORDERED.

Dated:  **June 14, 2016**          /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE